IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-00521-WYD-KLM

PICKERING INSURANCE SERVICES, INC., a California corporation,

    Plaintiff,

v.

GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY, a Colorado corporation;
and
RICHARD ARTUNIA, an individual,

    Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff's Request for Dismissal of Defendant Richard Artunia (filed June 1, 2009).  Having considered the Request and being fully advised in the premises, it is

ORDERED that Plaintiff's Request for Dismissal of Defendant Richard Artunia is **GRANTED**.  Defendant Richard Artunia is hereby **DISMISSED WITHOUT PREJUDICE** from the case and shall hereafter be taken off the caption.

Dated:  June 1, 2009

                                                BY THE COURT:

                                                s/ Wiley Y. Daniel
                                                Wiley Y. Daniel
                                                Chief United States District Judge