IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00521-WYD-KLM

PICKERING INSURANCE SERVICES, INC., a California corporation,

     Plaintiff,

v.

GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY, a Colorado corporation,
     Defendant.
_____

**MINUTE ORDER**
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's **Request to Appear Telephonically at the July 9, 2009 Scheduling/Planning Conference** [Docket No. 31; Filed June 30, 2009] (the "Motion").  As a preliminary matter, all pleadings seeking relief from the Court must be titled as motions.  *See* D.C. Colo. L. Civ. R. 7.1(C).  Further, all motions must set forth good cause for the relief requested.  Counsel's out-of-state status, on its own, does not sufficiently detail why counsel should be permitted to appear by telephone.

     IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**.  The Motion does not comply with Plaintiff's duty to certify conferral with Defendant as required by D.C. Colo. L. Civ. R. 7.1(A) and is subject to denial on this basis alone.

Dated:  July 1, 2009