IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00521-WYD-KLM

PICKERING INSURANCE SERVICES, INC., a California corporation,

    Plaintiff,

v.

GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY, a Colorado corporation,
    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Appear Telephonically at the July 9, 2009 Scheduling/Planning Conference** [Docket No. 34; Filed July 1, 2009] (the "Motion").  Upon review of the docket in conjunction with consideration of the Motion on its merits, the Court notes that Plaintiff's counsel has already been given leave to appear telephonically [Docket No. 12].

    IT IS HEREBY **ORDERED** that the Motion is **DENIED as moot**.  As noted in my prior Order, Plaintiff's counsel may participate telephonically by contacting Chambers at **(303) 335-2770** on the date and time set for Scheduling Conference.

Dated:  July 1, 2009